IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-666-GCM

JOE F. BEECHER,
    Plaintiff,
v.

FISHNET SECURITY INC.
    Defendant.

ORDER GRANTING
ADMISSION PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Mark Tatum,** filed February 10, 2014 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Tatum is admitted to appear before this court *pro hac vice* on behalf of defendant Fishnet Security, Inc..

**IT IS SO ORDERED.**

Signed: February 11, 2014

Graham C. Mullen
United States District Judge