UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| JOE F. BEECHER | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | 3:13-CV-00666 |
| | ) | |
| FISHNET SECURITY, INC., | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate that Plaintiff's cause of action shall be dismissed with prejudice, with each party to pay its own costs and fees.

Dated: December 19, 2014

| | |
|---|---|
| THE ANGEL LAW FIRM, PLLC | SHOOK HARDY & BACON LLP |
| | |
| By: __/s/ Kirk J. Angel__ | By: _/s/ Mark C. Tatum__ |
| Kirk J. Angel, NC Bar # 33559 | Mark C. Tatum,* MO Bar # 50082 |
| | |
| 109 Church Street N. | 2555 Grand Blvd. |
| Concord, NC 28025 | Kansas City, MO 64108-2613 |
| P.O. Box 1296 (28026) | TEL: 816.474.6550 |
| TEL: 704.262.6903 | FAX: 816.421.5547 |
| FAX: 704.973.7859 | Email: mtatum@shb.com |
| Email: kirk@theangellawfirm.com | *admitted pro hac vice* |
| | |
| ATTORNEY FOR PLAINTIFF | and |
| | |
| | Patrick H. Flanagan, Bar No. 17407 |
| | CRANFILL SUMNER & HARTZOG LLP |
| | 2907 Providence Road, Suite 200 |
| | Charlotte, NC 28211 |
| | TEL: 704.940.3419 |
| | FAX: 704.831.5522 |
| | Email: phf@cshlaw.com |

1

ATTORNEYS FOR DEFENDANT FISHNET SECURITY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2014, this document was electronically filed through the Court's CM/ECF system, which provided electronic notice to the following counsel of record:

Kirk J. Angel
THE ANGEL LAW FIRM, PLLC
109 Church Street N.
Concord, NC  28025

ATTORNEY FOR PLAINTIFF

/s/ Mark C. Tatum
Attorney for Defendant